

# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2019

No. 04-19-00246-CV

Anselma **RODRIGUEZ,** Norma Rodriguez, Amadora R. Mariscal, Homero Rodriguez and Elisa R. Alaniz,
Appellants

v.

Arturo **RODRIGUEZ**, Santos R. Olmeda, Pablo Rodriguez, Jr., David Rodriguez, Elva R. Smith, Children of Alberto Rodriguez (deceased), Alberto Rodriguez, Jr., Nadia Rodriguez, and Manuel Rodriguez,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-09-538
Honorable Baldemar Garza, Judge Presiding

# O R D E R

Appellees' second motion to extend time to file appellees' brief is GRANTED. It is ORDERED that appellees' brief is due no later than October 11, 2019. Appellees are advised that further requests for extension of time to file the brief will be disfavored.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of October, 2019.

_Luz Estrada_
LUZ ESTRADA,
Chief Deputy Clerk